1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                        ----oo0oo----

10

11   SCOTT N. JOHNSON,
                                    NO. CIV.S-08-2040 FCD EFB
12          Plaintiff,

13      v.                          ORDER

14   ASAL MELODY IRANPOUR,
     Individually and dba Rocklin
15   Food Mart; and FELORA CORPORATION,

16          Defendants.

17
                         ----oo0oo----
18
         The court is in receipt of defendants' Asal Melody Iranpour,
19
     and Felora Corporation, "Answer to Complaint" [Docket #8], filed
20
     by Asal Melody Iranpour, and Felora Corporation in propria
21
     persona.  It is well established that "a corporation may appear
22
     in the federal courts *only through licensed counsel*."  Rowland v.
23
     California Men's Colony, 506 U.S. 194, 202 (1993) (emphasis
24
     added).  Because no licensed counsel has appeared for the
25
     corporate defendant, there has been no proper appearance by
26
     defendant Felora Corporation.  Accordingly, the "Answer to
27
     Complaint" [Docket #8] is STRICKEN as to defendant Felora
28
     Corporation.  Defendant Felora Corporation is granted ten (10)

days from the issuance of this order to properly appear in this action through licensed counsel.

Defendant ASAL MELODY IRANPOUR, is now appearing in propria persona.  Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Edmund F. Brennan for all pretrial scheduling and proceedings.

IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are VACATED. Any pending requests shall be referred to the magistrate.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV.S-08-2040 FCD EFB PS.  The Clerk shall issue an Initial Scheduling Order for the Magistrate Judge.


IT IS SO ORDERED.

DATED: November 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2