IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                             No. CIV S-08-2040 FCD EFB PS

    vs.

ASAL MELODY IRANPOUR, individually and d/b/a/ ROCKLIN FOOD MART; FELORA CORPORATION, a California Corporation,

    Defendants.                       <u>ORDER</u>

_____/

On November 18, 2008, defendant Asal Melody Iranpour, doing business as Rocklin Food Mart, filed an *ex parte* request for extension of time regarding the "filing date as required per the order dated 11/10/08." The order filed November 10, 2008, provides in pertinent part that the parties are to confer and file a joint status report within sixty days of service of the complaint on all parties. Service of process was executed upon defendants on September 21, 2008. *See* Dckt. Nos. 6 and 7. Accordingly, the parties' joint status report was due on or before November 20, 2008. Defendants state their request for extension of time is necessary because they are actively seeking legal representation, and hope to retain counsel within the next two weeks.

1

Because the defendant corporation must be legally represented to proceed with its defense in this action, defendants have demonstrated good cause for the extension.[1] Accordingly, defendants' request for extension of time within which to file the parties' joint status report (Dckt. No. 11), is HEREBY GRANTED. The parties shall have until Monday, December 22, 2008, to file their joint status report.

SO ORDERED.

DATED: November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Corporations and other artificial entities may appear in federal court only through licensed counsel. *See, e.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 195 (1993) (*citing Osborn v. President of Bank of United States*, 22 U.S. 738, 829 (1824) (corporations). *See also*, E. D. Cal. L. R. 83-183(a) ("A corporation or other entity may appear only by an attorney"); 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein").