IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                    No. CIV S-08-2040 FCD EFB

    vs.

ASAL MELODY IRANPOUR, et al.,    ORDER RE SETTLEMENT & DISPOSITION

    Defendants.

_____/

    Pursuant to the representations of counsel for plaintiff, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

    All hearing dates set in this matter are **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

    IT IS SO ORDERED.

    DATED: December 15, 2008.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE